UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM AND JANICE FILION OF THE HOUSE OF SHALOM MINISTRY, <br><br> Plaintiff, <br><br> vs. <br><br> BOI - CODE ENFORCEMENT LOS ANGELES COUNTY, et al., <br><br> Defendants. | 3:08-cv-00541-LRH-RAM <br><br> <u>MINUTE ORDER</u> <br><br> November 10, 2008 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):     <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Before the court is Plaintiffs' Motion for Default Judgement (#2[1]) and Defendant Litton Loan Servicing LP's Opposition to Motion for Default Judgment (#6).  No proof of service upon Defendants nor authority cited in support of Plaintiffs' motion for default judgment having been filed, Plaintiffs' motion (#2) is denied.

LANCE S. WILSON, CLERK

By:     /s/
         Deputy Clerk

---

[1] Refers to court's docket number.